UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ADAM OJAR

                        Petitioner,

      v.

JUDGMENT
07-CV-3674 (JG)

GARY GREENE, Superintendent
Great Meadow Correctional Facility

                        Respondent.
-----------------------------------------------------------X

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on February 15, 2008, denying the petitioner's request for writ of habeas corpus; ordering that a certificate of appealability will not issue; and directing the Clerk of Court to enter judgment in the favor of the respondent; it is

ORDERED and ADJUDGED that the petitioner take nothing of the respondent; that the petition is denied; and that a certificate of appealability will not issue.

Dated: Brooklyn, New York
        February 21, 2008

ROBERT C. HEINEMANN
Clerk of Court

By Terry Vaughn, Chief Deputy